**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s)  Wylie S Rogers  Leah J Rogers          Case No.  16-20862     Chapter  13

All Cases:  Moving Creditor  WELLS FARGO BANK, N.A.               Date Case Filed  6/27/16

Nature of Relief Sought:   ■ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing  08/11/2016    or Date Plan Confirmed _____

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $82,667.11
   Total of all other Liens against Collateral   $.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $21,535.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
        Number of months  1      Amount  $1,503.95

   b. ☐ Post-Petition Default
        i.  ☐ On direct payments to the moving creditor
            Number of months ____    Amount ____

        ii. ☐ On payments to the Standing Chapter 13 Trustee
            Number of months ____    Amount ____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
        i.   ☐ No insurance
        ii.  ☐ Taxes unpaid    Amount  $ ____
        iii. ☐ Rapidly depreciating asset
        iv.  ☐ Other (describe) ____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ■ Other "Cause" § 362(d)(1)
        i.   ☐ Bad Faith (describe) ____
        ii.  ☐ Multiple Filings
        iii. ■ Other (describe)  Property to be Surrendered.

   d. Debtor's Statement of Intention regarding the Collateral
        i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ■ No Statement of Intention Filed

Date:  August 10, 2016                              /s/ Peter C. Bastianen
                                                     Counsel for Movant